**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Macsimiano RIOS, Defendant–Appellant.**

No. 04–40351.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jack Lamar Wolfe, McAllen, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Macsimiano Rios ("Rios") appeals his guilty-plea conviction and sentence for aiding and abetting in the possession with intent to distribute nine kilograms of cocaine. He argues that 21 U.S.C. § 841(a) and (b) are unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Rios raises an issue that he concedes is foreclosed but seeks to preserve for further review.

This argument is foreclosed by our decision in *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). Accordingly, Rios's conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.